## Revis v. Roper.

Fish, P. J. There was no complaint that any error of law was committed by the court upon the trial. The evidence warranted the verdict, and the refusal of a new trial was not erroneous.

*Judgment affirmed. All the Justices concur.*

Submitted November 19, — Decided December 10, 1904.

Complaint. Before Judge Longley. City court of LaGrange. January 13, 1904.

*E. R. Bradfield Jr.*, for plaintiff in error.
*Harwell & Lovejoy*, contra.